FILED: December 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2183
(1:16-cv-00262-WO-JLW)

_____

JUILIANA SWINK, Administratrix of the Estate of David Ray Gunter

      Plaintiff - Appellant

v.

SOUTHERN HEALTH PARTNERS INC.; JASON JUNKINS, Medical Director; DAVIE COUNTY; ANDY STOKES; CAMERON SLOAN; STOKES COUNTY; MIKE MARSHALL; ERIC CONE; SANDRA HUNT; FRAN JACKSON; WESTERN SURETY COMPANY; MANUEL MALDONADO; DOE DEFENDANTS; OHIO CASUALTY INSURANCE COMPANY

      Defendants - Appellees

and

DR. MANDY K. COHEN, Secretary of DHHS; DEPARTMENT OF HEALTH AND HUMAN SERVICES

      Defendants

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Gregory, Judge Richardson, and Judge Benjamin.

                                               For the Court

                                               <u>/s/ Nwamaka Anowi, Clerk</u>